4USC §§ July 30 1947 CE
Ch 384 61 Stat 642

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

Mayson St Clair-Bey
Plaintiff

vs

Ms Storm et al
Defendant

Case Number 2:23-cv-00454-JPH-MJD

FILED
09/19/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

42 USC 2000cc-2

| # | Defendant's name and Job title | Work Address |
|---|---|---|
| 1 | Ms Storm/OIC of Religious Services Department at WVCF | Wabash Valley correction Facility Po Box 1111 Carlisle, IN 47838-1111 |
| 2 | Mr Vanhel / Warden at WVCF | |
| 3 | Mr-Gilmore / Deputy warden of Re-enty at WVCF | |
| 4 | Mr Faust / Chaplain at WVCF | |
| 5 | Ms Fisher / caseworker Manager at WVCF | |
| | | |

1. How many defendant are you suing? 5

2. what is the name and address of your prison or jail? Wabash Valley correctional Facility Po Box 1111 Carlisle IN 47838-1111

3. Did the event you are suing about happen there? ☒ Yes ○ No

4. On What date did the event occur? June 6 2023


## CLAIMS and FACTS

1) To state a title 18 usc § 241, 242 claim 1) That a right secured by constitution or law of the United State's was violated 2) That the alleged violation was committed by a person's action under the color of State law 3) That the alleged person action under the color of State law depriving the plaintiff of life, liberty and the pursuit of happiness by committing the violation. And to state a title 11 usc § 101(5)(B) claim 1) That the alleged person's promise to performed was breach and 2) That the alleged person's willingly and knowingly breach of performance his or her oath's of office.

## FACTS

1) On or about the 6 day of june 2023 I (Mayson St.Clair-Bey) send a request form to the religious center stating "I request my religious correspondence to send me a religious book's and other's item so i can respectfully exercise my religion and they send me a letter stating "Indiana wont accept them because many institutions have chosen and adopted the policy that they will only accept book's and other item's from vender's such as amazan etc. I told the religious center that the United State's constitution amendment (1) Religious State's "Congress shall make NO law respecting an establishment of religion or prohibiting the free exercise.

2) I (Mayson St.Clair-Bey) told the religious center that i reviwed policy's 02-01-103 and 02-03-101 and they didnt State's that the only way i can receive religious book's and other item's from vendor's such as amazan and that will be a violating my constitution right and the religious Land use and institutionalized person act (Substantial Burden) and per Ind code 11-11-4-1 (The right of confined person) (3) State's "To possess and wear religious artifact's", (4) State's "To receive and possess religious literature and books" so my question to you is can my religious correspondence mail you (religious center) the book or literature or is there a State form i can use to get my religious item's so i can exercise my respectfully religious with FULL FAITH

3) The religious center send respond from the chaplain's office stating "what books/correspondece are you trying to obtain? where are you trying to order them from?

4) on or about the 12 day of june 2023 I (Mayson St.Clair-Bey) send the chaplain (Mr Faust) an request form stating the following "I wrote you on 6-6-23 so i filed grievance to protect my 5 day time frame. So my religious correspondence is private in im NOT trying to obtain anything but to receive and possess religious wear, artifact's and religious literature and book's that im entitled to per Ind code 11-11-4-1 "To the greatest extent possible" I DONT order religious wear, artifact's and religious literature and books FOR my Yod/God is NOT for sale. My private order/ religious correspondence send them for free.

5) In i ask my question to Mr Faust again can my religious correspondence mail you a religious book's and/or item's or is there a state form i can use to get my religious item's im not trying to keep corresponding with you about this matter. So can you tell me yes or NO

6) On or about the 15 day of june 2023 I (Mayson St.Clair-Bey) got a correspondence from religious services department inform me that i may receive religious book's and item's that are consistent with department of correction policies covering 02-01-101 and 02-01-103 and that i may receive printed items mailed directly from the publisher, the distributer, non-profit ministry or an accredited institution of higher learning. And if my religious source meet's the above requirement it should be approved if it does not provide us with the contact information of your religious source and it will be forwarded to the deputy warden re-enty for consideration

7) On the morning of the 26 day of june 2023 I (Mayson St.Clair-Bey) was pulled out of my cell and took to a holding cell where Mr Faust, Ms Strom and Ms fisher was and, They said they want to know why i was sending the requesting i was sending. I told them that the law severing this matter "Religious Land Use and Institutionalized Person Act that stated" No [crossed out] government shall impose or implement a land use regulation in a manner that imposes a substantial burden on the religious exercise of a person including a religious assembly or institution unless the government demonstrates that imposition of the burden on that person assembly or institution

A) is in furtherance of a compelling governmental interest; and (B) is the least restrictive means of furthering that compelling governmental interest. They ask for my religious correspondence address so they can contact them and to send it on a request form.

8) I (Mayson St. Clair-Bey) ask Ms Storm her title a WVCF she told me "Head of Religious Services Department" "I ask Ms Fisher her title at WVCF She told me (case worker manager of WS)" and I knew Mr Faust title at WVCF it is "chapl" I then ask them why do my religious source have to be forwarded to the deputy warden of re-enty for consideration and i told them that is a direct violation of my right and of (The RLUIPA) Mr Faust said "That the policy we go by"

9) I then told mr Faust, Ms Storm and Ms Fisher by you said it will be forwarded to the deputy warden of re-enty for consideration that is imposing a substantial burden on my exercise of religion and i told them under the first amendment i have a right to the separation of Church and State.

10) on or about the 3 day of july 2023 I (Mayson St. Clair-Bey) send Ms Fisher a request form stating I send my religious source information to the religious department like her, Ms Storm and Mr Faust told me to do so and i told her i got no response back. Ms Fisher send me a response back saying "They have not recieved anything re-send to Chaplian Faust.

11) on or about the 3 day of July 2023 I (Mayson St. Clair-Bey) send a request form to the Deputy warden of Re-enty Mr Gilmore informing him that my right's was being violating by Mr Faust and Ms Storm They told me my religious source will have to be forwarded to you for consideration is this a true statement if it is my first amendment the right to Separate Church and State.

12) on or about the 5 day of july 2023 Mr Gilmore response back to me saying "St. Clair - I have nothing to add to the response that you received from Mr Faust date 6/15/23.

13) on or about the 10 day of july 2023 I (Mayson St. Clair-Bey) send the Warden Vanihel an request form saying That "Under the RLUIPA N[o] government shall impose a substantial burden on the exercise of prisoner and by you saying on the grievance appeal response "All you have to do is follow policy and your relationship with Yod/God will be intact" and i informed him that is puting a substantial burden on my exercising of my religious state policy and my religious believe are NOT the same and violate the right to separated of Church and State.

14) The defendant's violate said oath's that is perjury and being and bad-faith doctrine by constructive treason and immoral dishonor. By the defendant's action carried out to hinder, suppress, conceal and deprived the plantiff right, life, liberty and the pursuit of happiness that is secured by the United State's Constitution that the dendendant's are sworn to before taking office and the defendant's has the responsibility to uphold the right of the plantiff at all time. Said action being Ultra Vires of the limits of power properly place on the exercise of authority and of such office and made in conflict with the defendant's oath's of office or of that of the defendant principal. All the defendant's <u>SHALL</u> lack recourse for all claim of immunity in any forum.

5. When did this event happen?

- ◯ Before I was confined.
- ◯ While I was confined awaiting trial,
- ☒ After I was convicted while confined serving the sentence.
- ◯ other: ____________

6. Have you ever sued anyone for this exact same event?

- ☒ No
- ◯ YES. Attached is a copy of the final judgment OR an additional sheet listing the court case number, file date, judgment date, and result of the previous case(s)

7. Could you have used a prison grievance system to complain about this event?

- ◯ No: this event is not grievable at this prison
- ☒ Yes. I filed a grievance and attached is a copy of the response from the final step
- ◯ Yes, this event was grievable, but i did not file a grievance because. ____________

8. If you win this case, what do you want the court to order the defendant's to do?

That for each claim a reward of $5,000 (five thousand) each for monetary damage's two claim's And that for each defendant a reward of $2,000 (two thousand) each for compensatory / Punitive damage's (5x2,000) for their gross negligence of my uninalienable right's. And that for declaratory relief and Injunctive relief a reward of $10,000 (ten thousand) for judicial relief. In total $30,000) thirty thousand be reward for depriving the plaintiff out of life, liberty and the pursuit of happiness

[Initial Each Statement]

MS I will Pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.

MS I will keep a copy of this complaint for my record's.

MS I will promptly notify the court of any change of address

MS I will not send more than one copy of any filing to the court.

MS I declare under penalty of perjury that the statement in this complaint are true.

MS I will not send summons, USM-285, or waiver forms to the clerk

I placed this complaint in the prison mail system on 9 / 18 / 2023 at 7:30 (am)/pm

[signature] Signature

221556 DOC Number

4USC §§ July 30 1947 CB
ch 384 61 Stat 642

# CERTIFICATE OF SERVICE

A copy of foregoing has been Served on adverse parties (or their counsel) pursuant to the court's prisoner E-Filling program

Mayson St.Clair-Bey #221556
Name and DOC Number