UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MAYSON ST CLAIR BEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:23-cv-00454-JPH-MJD |
| STORM, et al., | ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is dismissed with prejudice.

Date: 4/11/2024

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Carina Weed_
Deputy Clerk, U.S. District Court

Distribution:

MAYSON ST CLAIR BEY
221556
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only